# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVETTE M. AVILES, ) | |
| Plaintiff, ) | Case No. 2:12-cv-01187-RCJ-GWF |
| vs. ) | **ORDER** |
| PREMIER TRUST DEED SERVICES, INC., ) | |
| Defendant. ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated July 5, 2012, required the parties to file a Joint Status Report regarding removed action no later than August 7, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **August 27, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3        DATED this 15th day of August, 2012.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge