1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVETTE M. AVILES,                                    )
                                                     )
                    Plaintiff,                       )        Case No.  2:12-cv-01187-RCJ-GWF
                                                     )
vs.                                                  )        **ORDER**
                                                     )
PREMIER TRUST DEED SERVICES, INC.,                   )
                                                     )
                    Defendant.                       )
_____)

This matter is before the Court on Sand Canyon Corporation's Individual Discovery Plan and Scheduling Order (#12), filed September 17, 2012.  Upon review and consideration,

**IT IS ORDERED** that the Court will defer the issuing of a discovery plan and scheduling order pending a ruling on Defendant's Motion to Dismiss (#5).

**IT IS FURTHER ORDERED** that the parties shall file a status report in 90 days, **December 17, 2012**, unless the Motion to Dismiss is decided prior thereto.  If the Motion to Dismiss is denied, the parties shall file a proposed discovery plan and scheduling order within thirty (30) days of the decision thereon.

DATED this 18th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge