UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVETTE M. AVILES,<br><br>        Plaintiff,<br><br>vs.<br><br>PREMIER TRUST DEED SERVICES, INC.,<br><br>        Defendant. | Case No.  2:12-cv-01187-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on Sand Canyon Corporation's Individual Discovery Plan and Scheduling Order (#12), filed September 17, 2012.  Upon review and consideration,

**IT IS ORDERED** that the Court will defer the issuing of a discovery plan and scheduling order pending a ruling on Defendant's Motion to Dismiss (#5).

**IT IS FURTHER ORDERED** that the parties shall file a status report in 90 days, **December 17, 2012**, unless the Motion to Dismiss is decided prior thereto.  If the Motion to Dismiss is denied, the parties shall file a proposed discovery plan and scheduling order within thirty (30) days of the decision thereon.

DATED this 18th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge